

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

LOUISE LIPPIN
Phone: 212-356-2178
Fax: 212-791-9714
E-mail: llippin@law.nyc.gov

September 11, 2015

BY E-MAIL AND BY HAND
Leslie Salzman
Cardozo Bet Tzedek Legal Services
55 Fifth Avenue, 11th Floor
New York, New York 10003

Re: *Clarice Pfeffer, et al v. New York City Department of Finance, et al.*
Docket No. 15 CV 3547

Dear Ms. Salzman:

My office represents defendants, the New York City Department of Finance and its commissioner, Jacques Jiha (collectively, "DOF"), in the above entitled action. Enclosed please find DOF's response to plaintiffs' motion for class certification. There are two copies of DOF's Memorandum of Law; two copies of the Affidavit of Pierre DeJean with exhibits A through C; and two copies of the Declaration of Louise Lippin with exhibits A through F, all in opposition to plaintiffs' motion for class certification. These papers were also emailed to you on September 11, 2015 in accordance with the briefing schedule.

Thank you.

Sincerely,

Louise Lippin
Assistant Corporation Counsel

Cc: Via electronic mail:
Leslie Salzman, Esq.
Donna Dougherty, Esq.
Matthew Chachere, Esq.

By Hand:
Leslie Salzman, Esq.